```
SOUTHERN DISTRICT OF MISSISSIPPI
           FILED
        JAN 1 3 2026
       ARTHUR JOHNSTON
    BY            DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 1:26-cr-1-HSO-BWR

FERNANDO MONTOYA-AGUIRRE                       8 U.S.C. § 1326(a)
a/k/a Fernando Montoya Aguirre                         18 U.S.C. § 111(a)(1)
                                                                         18 U.S.C. § 751(a)
                                                                         8 U.S.C. § 1324(a)(1)(A)(ii)

**The Grand Jury charges:**

COUNT 1

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** an alien to the United States, who previously had been lawfully removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

COUNT 2

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** knowingly and intentionally did forcibly resist, oppose, impede, or interfere with T.H., a United States Border Patrol Agent, such that the defendant's actions involved physical contact, to wit: physically resisting arrest, struggling with,

and striking Agent T.H., causing pain to Agent T.H., while Agent T.H. was engaged in his official duty of arresting the defendant for being illegally present in the United States, and performing related duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** did knowingly and intentionally escape from the federal custody of United States Border Patrol Agent T.H., after Agent T.H. had lawfully apprehended defendant **MONTOYA-AGUIRRE,** thereby placing him under arrest, and while Agent T.H. was attempting to securely detain defendant **MONTOYA-AGUIRRE,** for the commission of the felony offense of Forcibly Assaulting, Resisting, Impeding, or Interfering with a Federal Agent, in violation of Title 18, United States Code, Section 111(a)(1).

All in violation of Title 18, United States Code, Sections 751(a).

## COUNT 4

Beginning at least in or about December 2025, and continuing until on or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** did knowingly conspire and agree with one or more other persons known and unknown to the Grand Jury, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, one or more aliens who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I) and (B)(i).

## COUNT 5

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** knowing and in reckless disregard of the fact that one or more aliens had come to, entered, and remained in the United States in violation of law, did transport and move one or more aliens within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law, for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(i).

## COUNT 6

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **FERNANDO MONTOYA-AGUIRRE, a/k/a Fernando Montoya Aguirre,** knowing and in reckless disregard of the fact that one or more aliens had come to, entered, and remained in the United States in violation of law, did transport and move one or more aliens within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b)

has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 982(a)(6); Title 8, United States Code, Section 1324(b); and Title 28, United States Code, Section 2461.

_____
J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

_s/signature redacted_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 13th day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE