PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      JAN 13 2026
      ARTHUR JOHNSTON
BY                  DEPUTY
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:26-cr-1-HSO-BWR

FERNANDO MONTOYA-AGUIRRE
a/k/a Fernando Montoya Aguirre
(Wherever Found)

    The Clerk of said Court will issue summons returnable on January 21, 2026, at 9:30 a.m., before Robert P. Myers, Jr., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on January 13, 2026.

    This 13 day of January 2026.

J.E. BAXTER KRUGER
United States Attorney

By: *[signature]*

STAN HARRIS
Assistant United States Attorney
MS Bar # 2000

Summons issued: _____

SBH/FBI