AO 83 (Rev. 06/09) Summons in a Criminal Case

**RETURN**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JAN 14 AM 11:28

| United States of America | ) |
| v. | ) |
| Fernando Montoya-Aguirre | ) |
| a/k/a Fernando Montoya Aguirre | ) Case No. 1:26cr1 HSO-BWR |
| (wherever found) | ) |
| | ) |
| Defendant | ) |

### SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court 2012 15th St. Gulfport, MS 39501 | Courtroom No.: G-881 |
| | Date and Time: 01/21/2026 9:30 am |

This offense is briefly described as follows:

Unlawful Return to the United States by an Alien After Deportation or Removal
Forcibly Resisting or Impeding a Federal Agent
Escape from Federal Custody
Conspiracy to Transport One or More Illegal Aliens Within the United States
Unlawful Transportation or Moving an Alien Within the United States for Commerical Advantage or Private Financial Gain
Unlawful Transportation or Moving an Alien Within the United States

Date: 01/14/2026

ARTHUR JOHNSTON, CLERK
*J. Hough*
*Issuing officer's signature*

J. Hough, Deputy Clerk
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 26 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 1/21/26

*Server's signature*

J. Patrick   DUSM
*Printed name and title*